|  | **United States Bankruptcy Court**<br>**Central District Of California** |
|---|---|
| In re:<br>Patricia Alice Kelly | CHAPTER NO.: 13 |
|  | CASE NO.: 8:09−bk−21430−ES |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 15 days from filing of your petition:

☒ Verification of Creditor Mailing List. [Local Rule 1007−2(d)]
☒ Debtor's Certification of Employment Income
X  Declaration of Electronic Filings
X  Statement of SSN

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: October 21, 2009

**JON D. CERETTO, CLERK OF COURT**

**By: John Sychiuco**
**Deputy Clerk**

mccdn − 04/2008
(ccdn − rev. 03/24/2008)

**5 − 1 / JSG**